

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

On June 20, 2014, this court ordered appellant to show cause why his appeal from the trial court's order dated June 2, 2014 should not be dismissed for lack of jurisdiction. The order noted that if appellant failed to respond within the time provided, the appeal would proceed only with regard to the trial court's March 14, 2014 order. All other appellate deadlines were suspended pending further order of this court.

On July 2, 2014, appellant's attorney filed a motion which this court has construed as a motion for extension of time to file a response to this court's June 20, 2014 show cause order.[1] The motion is GRANTED. Appellant's response to this court's June 20, 2014 show cause order must be filed no later than August 4, 2014. FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RESPONSE WILL BE DISFAVORED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] Although the motion requests an extension of time to file appellant's brief, the deadline for filing the brief has been suspended pending our review of appellant's response to this court's show cause order and our resolution of the jurisdictional issue by further order.